UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA
  Plaintiff

vs.

LANCE ESSWEIN
  Defendent

C-19-312

United States Courts
Southern District of Texas
FILED
SEP 30 2019
David J. Bradley, Clerk of Court

## STATEMENT OF FACT DENIAL OF COUNSEL

The U.S Attorney, JULIE K. HAMPTON, the United States Marshall Service and GEO CORP, specifically the Coastal Bend Detention Center, did willfully and maliciously violate Defendents right to counsel; specifically access to Attorney Reymond Peña and the Office of Inspector General of the Department of Justice, a direct criminal act per 42USC 242 and Constitutional Rights of Prisoners per the PLRA. From period of ~~all~~ June 14, 2019 to September 17, 2019, Defendent was prohibited and denied access to his Attorney of record and DOJ OIG.

Respectfully,
Lance C. Esswein
9/20/19

Lance Esswein
87104479
Federal Correctional Institute
9595 West Quincy Avenue
Littleton, CO 80123

Legal mail

DENVER CO 802
24 SEP 2019 PM 5 L

United States Courts
Southern District of Texas
FILED

SEP 30 2019

David J. Bradley, Clerk of Court

UNITED STATES COURTHOUSE
1133 North Shoreline Blvd #208
Corpus Christi, TX 78401

78401-208258