UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

SEP 30 2019

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
    Plaintiff

v.

LANCE ESSWEIN
    Defendent

C-19-312

## NOTICE TO THE COURT

On September 12, 2019, the PLEADING/MOTION/JUDICIAL ATTACHMENT filed in the case, was served to the ATTORNEY GENERAL OF THE UNITED STATES at The Department of Justice Washington, DC by USPS Certified mail 7012 3460 0002 2200 8719 and specifically addressed to the Honorable Mr. William Barr, by Lance C. Esswein.

Respectfully

*Lance C. Esswein*
9/23/19

[legal mail]

Lance Esswein
87104479
Federal Correctional Institute
9595 West Quincy Avenue
Littleton, CO 80123

DENVER CO 802
24 SEP 2019 PM 5 L

United States Courts
Southern District of Texas
FILED

SEP 30 2019

David J. Bradley, Clerk of Court

UNITED STATES COURTHOUSE
1133 North Shoreline Blvd #208
Corpus Christi, TX 78401

7840 l - 204258