# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA
    Plaintiff

v.

LANCE ESSWEIN
    Defendent

C-19-312

## ORDER FOR DISMISSAL DUE TO DENIAL OF SPEEDY TRIAL

Defendent NEVER waived his right to his CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL. Defendents detainment calender clearly defineds the SPEEDY TRIAL requirements were, in fact, violated, per 18 USC 3161, 18 USC 3162 & if applicable 18 USC 3164. At no time did Defendent waive his right nor consent to ANY competency evaluation.

It is hereby ORDERED that the Defendent be released from custody IMMEDIATELY, forthwith, and any and all original property be returned within 15 days of the date of this order. The Defendents case is dismissed with prejudice.

_____  _____
Judge Presiding           Date



Lance Esswein
87109479
Federal Correctional Institute
9595 West Quincy Avenue
Littleton, CO 80123

Legal mail

United States Courts
Southern District of Texas
FILED
24 SEP 2019 PM 5 1

David J. Bradley, Clerk of Court
SEP 30 2019

UNITED STATES COURTHOUSE
1133 North Shoreline Blvd #208
Corpus Christi, TX 78401