# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA
Plaintiff

v.

LANCE ESSWEIN
Defendant

C-19-312

United States Courts
Southern District of Texas
FILED

OCT 07 2019

David J. Bradley, Clerk of Court

---

## IRS FORM 56 ENTER INTO COURT RECORD

---

Please enter the follow IRS FORM 56 into the case record and electronic record.

Respects

*[signature]*

10/1/19

Lance E. Esswein

Form **56**
(Rev. July 2004)

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

## Part I — Identification

Name of person for whom you are acting (as shown on the tax return): Federal "trustee" and "public office"
LANCE C ESSWEIN

Identifying number: 558 96 8231

Decedent's Taxpayer Ident. No.:

Address of person for whom you are acting (number, street, and room or suite no.):
1111 Constitution Ave NW (domicile of "public office" per Fed. R. Civ. P. 17(b))

City or town, state, and ZIP code:
Washington DC 20224 "UNITED STATES" (District of Columbia 26 USC 7701(a)(9) & (a)(10))

Unlawfully appointed fiduciary's name:
Lance C Esswein, unenumerated private human protected by Constitution

Address of fiduciary (number, street, and room or suite no.):
307 Calley Springs ST (NOTE: Not a domicile or "residence")

City or town, state, and ZIP code:
Portland TX 78374 United States of America
(Not UNITED STATES)

Telephone number (optional):

## Part II — Authority

1. Authority for fiduciary relationship. Check applicable box:
   - a(1) ☐ Will and codicils or court order appointing fiduciary ... (2) Date of death ...
   - b(1) ☐ Court order appointing fiduciary ... (2) Date (see instructions) ...
   - c ☐ Valid trust instrument and amendments
   - d ☑ Other. Describe ▶ Resignation of Compelled Social Security Trustee
     Never lawfully occupied an elected or appointed office under
     5 USC or 26 USC

## Part III — Nature of Liability and Tax Notices

2. Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ All
3. Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ All
4. Year(s) or period(s) (if estate tax, date of death) ▶ All
5. If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here ... ▶ ☐
6. If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable ...

## Part IV — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7. Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☑

Reason for termination of fiduciary relationship. Check applicable box:
   - a ☐ Court order revoking fiduciary authority
   - b ☐ Certificate of dissolution or termination of a business entity — It is a crime to claim I do per 18 USC 912
   - c ☑ Other. Describe ▶ Never lawfully appointed or elected to a public office

### Section B—Partial Revocation

8a. Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ... ▶ ☑

b. Specify to whom granted, date, and address, including ZIP code. ▶ ...

### Section C—Substitute Fiduciary

9. Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies). ▶ ☐
▶ No assignees or trustees identified to occupy the unlawfully created public office

For Paperwork Reduction Act and Privacy Act Notice, see back page.

Form **56** (Rev. 7-2004)

## Part V — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time a.m. p.m. | Place of other proceedings |
|---|---|---|---|

## Part VI — Signature

Please Sign Here

I certify that I have the authority to execute this notice concerning destruction of unlawful fiduciary relationship on behalf of the nontaxpayer.

Signature of Submittter: *[signature]*

Title, if applicable: Human Being never lawfully a fiduciary

Date: 10/1/19

Form 56 (Rev. 7-2004)

DOWNLOADED FROM:

# Sovereignty Education and Defense Ministry (SEDM) Website

http://sedm.org

Download our book:
*Tax Freedom Solutions Manual*

Lance Essman
81c0479
Federal Correctional Institute
9595 West Quincy Avenue
Littleton Co 80123

United States Courts
Southern District of Texas
RECEIVED
OCT 07 2019
David J. Bradley, Clerk of Court

UNITED STATES COURTHOUSE
1133 North Shoreline Blvd #208
Corpus Christi, TX 78401