UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. 2:19–cr–00312 |
| | § | |
| Lance Esswein | § | |

## **SENTENCING ORDER**

On **January 30, 2020**, the defendant pleaded guilty. A Presentence Investigation Report (PSR) is ordered and a sentencing schedule is established as follows:

1. No later than **March 16, 2020**, the United States Probation Office will complete an initial PSR and disclose the report to counsel pursuant to CrLR 32.4.

2. No later than **March 30, 2020**, each counsel shall file written objections or a statement that there are no objections. All objections to the PSR based on law must be supported by reference to the applicable statutes, guidelines, and authorities. The objections must be filed with the Clerk of the Court, with copies provided the same day of filing to the U.S. Probation Officer and the Asst. U.S. Attorney handling the case. Any responses to objections shall be filed no later than **April 2, 2020**.

3. No later than **April 14, 2020**, the United States Probation Office shall prepare the final PSR with an addendum addressing contested issues and furnish it to the Court and the parties.

4. Any supporting documents for sentencing, such as letters or sentencing memorandums, must be filed by **April 17, 2020**.

5. Any motions to continue must be filed no later than **April 17, 2020**. Failure to abide by this deadline may result in the motion being denied.

6. On **April 22, 2020, at 10:00 AM**, the defendant must appear for sentencing.

7. All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the PSR.

ORDERED on **January 30, 2020**.

*By order of the Court.*

*Nelva Gonzales Ramos*
*United States District Judge*